1 | McGREGOR W. SCOTT
United States Attorney
2 | BOBBIE J. MONTOYA
Assistant U. S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814-2322
4 | Telephone: (916) 554-2700

5 | Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DEBORAH A. HUMPHREY, | CIV-S-05-0088 PAN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [proposed] ORDER REDACTING ADMINISTRATIVE TRANSCRIPT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to the above-captioned action, by and through the undersigned counsel, with the appproval of the Court, hereby stipulate that the administrative transcript certified March 11, 2005, contains a confidential extra-party record at page 10, which has no bearing on this case. The parties therefore stipulate that Defendant will redact said page by removing it from the administrative transcript prior to the serving and filing of said transcript.

The parties further stipulate that any review copies of the record found at page 10, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

The parties further stipulate that the inadvertent inclusion of said record in the administrative transcript is not and will not be a basis for a claimed error.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 25, 2005  /s/ Barbara M. Rizzo
BARBARA M. RIZZO
Attorney at Law

Attorney for Plaintiff

DATED: April 25, 2005  McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

_____oOo_____

**ORDER**

**APPROVED AND SO ORDERED.**

    **Dated:  May 2, 2005.**

                              **/s/ Peter A. Nowinski**
                              **PETER A. NOWINSKI**
                              **Magistrate Judge**

1  OF COUNSEL:

2  LUCILLE GONZALES MEIS
   Chief Counsel, Region IX

3
   JOANN KIM
4  Assistant Regional Counsel

5  United States Social
      Security Administration