McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. HUMPHREY,<br><br>      Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>      Defendant. | CASE NO. **2:05-CV-00088-PAN**<br><br>STIPULATION AND [~~proposed~~]<br>ORDER REMANDING THE CASE<br>AND DIRECTING THE CLERK TO<br>ENTER JUDGMENT |

       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision. Upon remand, the Administrative Law Judge should be instructed to:

(1)    evaluate the effect of the claimant's obesity in accordance with Social Security Ruling (SSR) 02-1p;

(2)    further evaluate Dr. Patel's medical source statement in light of the records from the treatment team at Sutter Tracy Community Hospital;

(3)    further evaluate the claimant's subjective complaints in accordance with SSR 96-7p; and

(4)    if consideration is given to step 5 of the sequential evaluation process, obtain vocational expert testimony.

1  Moreover, the ALJ may consider any additional issues and evidence or take any
2  additional actions, as appropriate.
3  It is further stipulated that the Clerk shall enter a separate judgment, as provided for
4  under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v.
5  Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
6  The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
7  stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
8  authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic
9  Case Filing password, pursuant to Local Rule 7-131.

10  DATED: October 26, 2005        */s/ Barbara M. Rizzo*
                                    Barbara M. Rizzo

                                    Attorney for Plaintiff

13  DATED: October 26, 2005        McGREGOR W. SCOTT
                                    United States Attorney

15                              By: */s/ Bobbie J. Montoya*
                                    BOBBIE J. MONTOYA
16                                  Assistant U. S. Attorney

17                                  Attorneys for Defendant

18  OF COUNSEL:

19  LUCILLE GONZALES MEIS
    Chief Counsel, Region IX
20
    JOANN KIM
21  Assistant Regional Counsel

22  United States Social Security Administration

28  RE:   DEBORAH A. HUMPHREY v. JO ANNE B. BARNHART, Case No. 2:05-CV-00088- PAN, STIPULATION AND ORDER STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER

_____ o0o_____

## ORDER

The case of *Deborah A. Humphrey v. Jo Anne B. Barnhart*, Case No. 2:05-CV-00088-PAN, is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.

**SO ORDERED.**

**DATED:   November 9, 2005.**           /s/ Peter A. Nowinski
                                         **PETER A. NOWINSKI**
                                         **UNITED STATES MAGISTRATE JUDGE**

RE:   DEBORAH A. HUMPHREY v. JO ANNE B. BARNHART, Case No. 2:05-CV-00088- PAN, STIPULATION AND ORDER STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER